# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

IN RE:    PAUL J THOMAS            Chapter 13
          ALLISON R THOMAS         Case No.:  18-62011

## CERTIFICATION OF NO NEED TO FILE AMENDED CHAPTER 13 PLAN

    Come now counsel for Paul J. Thomas and Allison R. Thomas, Debtors,, and certifies that there is no current need to file an amended Chapter 13 plan, on the grounds that the contemplated need for an amended plan, that co-debtor's employment circumstances were expected to change, has not materialized. Addionaly, counsel believes that any other deficiency of the plan can most efficiently be corrected with language to be included in the confirmation order and will not necessitate an amendment of the plan.

Dated this January 7, 2019.

    Respectfully submitted,

    /s/ William Harville, Esq.
    counsel for debtors

William Harville, Esq.
VSB#19802
327 W. Main Street, #3
Charlottesville, VA  22903
Voice:    434-483-5700
Fax:      434-448-0800

# CERTIFICATE

I certify that I have this January 7, 2019 caused a true copy of this certification to be served via electronic means where available and U.S. Mail otherwise on the Office of the U.S. Trustee, the Interim Trustee, the Debtor and all creditors indicated on the original creditor matrix.

/s/ William Harville